```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 20518
    EDWARD BROWNLEE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3346


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2005 and was confirmed 08/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG          .00             .00        26287.20
HOMEQ SERVICING CORP       MORTGAGE ARRE    31501.97             .00         2703.29
COOK COUNTY TREASURER      SECURED               .00             .00              .00
ONYX ACCEPTANCE CORP       SECURED           5000.00          432.41         4003.81
ONYX ACCEPTANCE CORP       UNSECURED         1798.45             .00              .00
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED             .00              .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED             .00              .00
ASSET ACCEPTANCE CORP      UNSECURED         8386.54             .00              .00
SWEDISH COVENANT HOSPITA   UNSECURED         1011.62             .00              .00
CAPITAL ONE                UNSECURED       NOT FILED             .00              .00
CITY OF CHICAGO PARKING    UNSECURED         2614.00             .00              .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED             .00              .00
CREDIT PROTECTION          UNSECURED       NOT FILED             .00              .00
DUTTON & DUTTON            NOTICE ONLY     NOT FILED             .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         3110.13             .00              .00
NICOR GAS                  UNSECURED          990.74             .00              .00
SALLIE MAE INC             FILED LATE      36615.45             .00              .00
CAPITAL ONE BANK           UNSECURED         2858.59             .00              .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     210.00              .00           210.00
USA FUNDS                  UNSECURED       NOT FILED             .00              .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,000.00                          2,000.00
TOM VAUGHN                 TRUSTEE                                            1,808.64
DEBTOR REFUND              REFUND                                                49.65

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  37,495.00

PRIORITY                                           210.00
SECURED                                         32,994.30

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 20518 EDWARD BROWNLEE
```

```
    INTEREST                                                       432.41
UNSECURED                                                             .00
ADMINISTRATIVE                                                    2,000.00
TRUSTEE COMPENSATION                                              1,808.64
DEBTOR REFUND                                                        49.65
                                        ---------------    ---------------
TOTALS                                       37,495.00          37,495.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 10/22/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 05 B 20518 EDWARD BROWNLEE